# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO.: 16-CV-21386-MORENO/O'SULLIVAN

BAYVIEW LOAN SERVICING, LLC, DAVID ERTEL, BRIAN E. BOMSTEIN, BRIAN E. BOMSTEIN, PA, ANTONIO CHIMIENTI, MICHAEL B. GUSS, ROBERT PONDOLFI, THOMAS CARR, LAWRENCE A. HALPERN, TABAS, FREEDMAN & SOLOFF, P.A., JOEL LLOYD TABAS, GARY M. FREEDMAN, AND STACEY F. SOLOFF,

    Plaintiffs,

v.

RANDAL THOMAS ROSADO,

    Defendant.

_____/

## AMENDED DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiffs' Motion to Amend Default Final Judgment (D.E. 29) with respect to the Default Final Judgment entered on August 10, 2016 (D.E. 27) subsequent to the Clerk's Default entered on August 2, 2016 (D.E. 25).

THE COURT has considered the Motion to Amend Default Final Judgment and the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendant RANDAL THOMAS ROSADO for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiffs. Accordingly, it is

**ADJUDGED** that the Amended Default Final Judgment is GRANTED *nunc pro tunc* to August 10, 2016. Judgment is hereby entered in favor of Plaintiffs BAYVIEW

LOAN SERVICING, LLC, DAVID ERTEL, BRIAN E. BOMSTEIN, BRIAN E. BOMSTEIN, PA, ANTONIO CHIMIENTI, MICHAEL B. GUSS, ROBERT PONDOLFI, THOMAS CARR, LAWRENCE A. HALPERN, TABAS, FREEDMAN & SOLOFF, P.A., JOEL LLOYD TABAS, GARY M. FREEDMAN, AND STACEY F. SOLOFF, and against Defendant RANDAL THOMAS ROSADO. It is further

**ADJUDGED** that Defendant RANDAL THOMAS ROSADO (i) is entitled to no relief against Plaintiffs set forth in his *Notice of Fault and Enforcement of Liens Against Public Bonds for Continued Violations of 18 USC § 241, 18 USC § 242*, attached hereto as Exhibit A (the "Notice"), (ii) has no commercial or other lien rights against Plaintiffs or their real or personal property, and (iii) cannot compel Plaintiffs to arbitrate any dispute or claims he has against them. It is further

**ADJUDGED** that any liens recorded by Defendant RANDAL THOMAS ROSADO with respect to Plaintiffs' real or personal property are declared null, void, and of no legal effect. It is further

**ADJUDGED** that Defendant RANDAL THOMAS ROSADO and his agents, servants, employees and attorneys are permanently enjoined from (i) pursuing the relief he seeks in his Notice in the International Court of Commerce or any other forum and (ii) attempting to file or enforce any liens against Plaintiffs or their property. It is further

**ADJUDJED** that this Court shall retain jurisdiction of this matter for the purpose of enforcing the terms of this Amended Default Final Judgment. It is also

ADJUDGED that this case is CLOSED and all other pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of August, 2016.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record