## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BAYVIEW LOAN SERVICING, LLC, a Delaware
limited liability company, DAVID ERTEL,
BRIAN BOMSTEIN, ANTONIO CHIAMENI,
MICHAEL B. GUSS, ROBERT PONDOLFI,
THOMAS CARR, LAWRENCE A. HALPERN,
TABAS, FREEDMAN & SOLOFF, P.A.,          Case Docket No.:  1:16-cv-00723-CRC
JOEL LLOYD TABAS, GARY M. FREEDMAN,
AND STACY F. SOLOFF,

          Plaintiffs,

v.

INTERNATIONAL COURT OF COMMERCE,

          Defendant.

_____

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Bayview Loan Servicing, LLC, David Ertel, Brian E. Bomstein, Antonio Chimienti,

Michael B. Guss, Robert Pondolfi, Thomas Carr, Lawrence A. Halpern, Tabas, Freedman &

Soloff, P.A., Joel Lloyd Tabas, Gary M. Freedman, and Stacy F. Soloff ("plaintiffs"), pursuant to

Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismiss this action without

prejudice against defendant International Court of Commerce.

Defendant has filed neither an answer to the complaint nor a motion for summary

judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,


**BRYAN CAVE LLP**

By: /s/ Alec W. Farr
**Alec W. Farr**
D.C. Bar No. 440046
BRYAN CAVE LLP
1155 F Street, NW
Washington, DC 20004
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
**Pedro J. Martinez-Fraga**
DC Bar No. 426309
200 S Biscayne Blvd. Suite 400
Miami, FL 33131-2302
Telephone: (786) 322-7375
Fax: (786) 322-7475
pedro.martinezfraga@bryancave.com